**FedEx Kinko's**
Office and Print Center

# Fax Cover Sheet

Date  10/27/09

Number of pages  22 (including cover page)

To: Howard R. Hunigan And
Rich Township HSD 227  From:

Name  Rich Township HSD 227  Name  Karma Mayofu

Company  Rich Township HSD 227  Company

Telephone  (708) 679-5800  Telephone  (708) 253-7223

Fax  (708) 679-5733

Comments  Legal Service  (Documents)

    

| | | | |
|---|---|---|---|
| 7  90363 00711  1 | 7  90363 00714  2 | 7  90363 01476  8 | 7  90363 00720  3 |
| **Fax - Local Send** | **Fax - Domestic Send** | **DOMESTIC Send Addl Pages** | **Fax - International Send** |

fedexkinkos.com  1.800.GoFedEx  1.800.463.3339

© 2008 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. tm05.165  1.06

22705

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

Komaa Mnyofu                              )
                                          )
                                          )
            Plaintiff                     )          Case No. 09-M6-003980
                                          )
                                          )
        v.                                )
                                          )
HOWARD HUNIGAN, RICH TOWN SHIP )
HSD 227, UNNAMED DEFENDANTS    )
        Defendants                        )

**FILED**
2009 OCT 27 PM 5:52
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
CHANCERY DIV.
DOROTHY BROWN   CLERK

## NOTICE OF FILING

TO:   HOWARD HUNIGAN and
      RICH TOWNSHIP HSD 227
      20000 Governors Drive, Suite 200
      Olympia Fields, Illinois 60461

       PLEASE BE ADVISED that I, Komaa Mnyofu, have filed the attached motion and will
appear before the Honorable Judge Kathleen Pantle or any Judge sitting in his/her stead
in Room 2410 of the Richard J. Daley Center, 50 W. Washington Street, Chicago IL at
10 am/pm, on October 21, 2009.

Komaa Mnyofu [*pro se*]
PO Box 731
Matteson, IL 60443
(708) 253-7223

## PROOF OF SERVICE

       On the 21 day of October 2009, I, Komaa Mnyofu, a non-attorney, on oath state, that I
served copies of this notice and true and correct copies of the attached motion and complaint by
facsimile @: (708) 679-5733, and mailing copies to each entity to whom it is directed above by
depositing the same in the US Mail, proper postage fully pre-paid, at the US Post Office located in
Matteson, Illinois, on October 21, 2009.

Date:   October ____, 2009
Atty. No. 99500                                    Signature
Attorney: *pro se*
Komaa Mnyofu
PO Box 731
Matteson, Illinois 60443
(708) 253-7223

CCG N003-100M-2/28/05 (43480658)

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Mnyofu

v.

Hunigan et. al.

} No. 09-M6-003980

**NOTICE OF MOTION** Emergency

To: Howard Hunigan &
Rich Township HSD 227
20000 Governor's Dr. Ste 200
Olympia Fields, IL 60461

On October 29, 2009, at 10:00 a.m. p.m. or as soon thereafter, as counsel may be heard, I shall appear before the Honorable Judge Kathleen Pantle Rm 3410 or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at Richard J. Daley Ctr, 50 W. Washington Street, Chicago, Illinois, and present "Emergency Verified Complaint for Injunction..."

Name Komaa Mnyofu                    Atty. No. 99500          Pro Se 99500
Address P.O. Box 751                 Attorney for Komaa Mnyofu
City/State/Zip Matteson, IL 60443    Telephone (708) 253-7822
                                     Facsimile (708) 679-5733

**PROOF OF SERVICE BY DELIVERY**

I, Komaa Mnyofu, the attorney/non attorney*, certify that on the 27th day of October 2009 I served this notice by delivering a copy personally to each person to whom it is directed.
(*strike one)

Date 10/27/2009

Komaa Mnyofu
Signature/Certification

**PROOF OF SERVICE BY MAIL**

I, Komaa Mnyofu, the attorney/non attorney*, certify that I served this notice by mailing a copy to Howard Hunigan and Rich Township HSD 227 at 20000 Governor's Dr. Ste 200 Olympia Fields, IL 60461 and depositing the same in the U. S. Mail at
(*strike one)                                    (address on envelope)

(place of mailing)
at _____ a.m. p.m. on the 27th day of October 2009, with proper postage prepaid.

Date October 27, 2009

Komaa Mnyofu
Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT / CHANCERY DIVISION

| | |
|---|---|
| Komaa Mnyofu | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) No. 09-M6-003980 |
| v. | ) |
| | ) |
| HOWARD HUNIGAN, RICH TOWNSHIP | ) |
| HSD 227, UNNAMED DEFENDANTS | ) |
| | ) |
| Defendants | ) |

### "EMERGENCY VERIFIED COMPLAINT FOR INJUNCTION AGAINST HOWARD HUNIGAN, RICH TOWNSHIP HSD 227, UNNAMED DEFENDANTS"

COMES the Plaintiff, Komaa Mnyofu, pro se, pursuant to applicable Rules of Civil procedure, the Constitutions of the United States and State of Illinois and complains against the Defendants HOWARD HUNIGAN, RICH TOWNSHIP HSD 227, UNNAMED DEFENDANTS, as follows:

### PARTIES

1.     Plaintiff is a resident of Rich Township, County of Cook, State of Illinois, citizen, taxpayer and member of the Rich Central Parent Teacher Student Organization at Rich Central High School, Olympia Fields, Illinois;

2.     Defendant HOWARD HUNIGAN (hereinafter "HUNIGAN") is the Superintendent of Schools for Rich Township High School District 227 located in Olympia Fields, County of Cook, State of Illinois;

3.     Defendant RICH TOWNSHIP HIGH SCHOOL DISTRICT 227 (hereinafter "DISTRICT 227"] is a local unit of government organized as a school board with offices located at 20000 Governors Drive, Olympia Fields, County of Cook, State of Illinois;

4.     Defendants UNNAMED DEFENDANTS, include, but are not limited to, ILANDUS HAMPTON, SELMA MCDONALD, DONNA LEAK and unnamed police officers employed by Defendant "DISTRICT 227";

1

## EMERGENCY VERIFIED COMPLAINT

5.    On October 20, 2009, Plaintiff was in attendance at the regular public school board meeting of Defendant "DISTRICT 227", along with members of the public and local media;

6.    At approximately 9:00 pm, Plaintiff along with several parents was standing in the hallway having conversations outside the room where defendant "DISTRICT 227" board was meeting;

7.    That approximately 10-20 uniformed police officers of the Village of Olympia Fields approached plaintiff and the other parents from both directions and surrounded plaintiff; one officer named Mr. Akiyama stated to plaintiff: "Mr. Hunigan wants you off district property and we [police officers] are to escort you off the property now";

8.    That prior to this incident, Defendant "HUNIGAN" was sued in Federal District Court by plaintiff for violation of his 1st Amendment right to free speech, and the case was settled for an undisclosed monetary amount in October 2008;

9.    That Defendants "HUNIGAN" and "DISTRICT 227" have a well established and documented history of repression, suppression and depriving citizens of their constitutional rights to free speech, thought, expression and to seek redress of grievances at school board meetings;

10.    At the October 20, 2009 public meeting, defendant "DISTRICT 227" Asst Supt Donna Leak's husband ["Spencer"] attempted to snatch informational flyers produced by plaintiff from two [2] citizens in full view of defendant "HUNIGAN";

11.    HUNIGAN did not instruct police officers present to remove Mr. Leak for his disruptive behavior; instead HUNIGAN had Leak stand and recognized him as an "outstanding" businessman;

12.    That without an emergency injunction by this Court, enjoining defendants from any further unlawful and unconstitutional actions, plaintiff, and other citizens targeted by Defendants, will not be able to attend this evening's October 21, 2009 public forum at Rich Central High School nor future public meetings without threat of police action to remove plaintiff and other targeted citizens;

**WHEREFORE,** Plaintiff asks this Court to issue an injunction against DEFENDANTS HOWARD HUNIGAN, RICH TOWNSHIP HIGH SCHOOL DISTRICT 227, and other UNNAMED DEFENDANTS which grants the following relief:

A.     Enjoining DEFENDANTS [HUNIGAN, DISTRICT 227, UNNAMED DEFENDANTS] from engaging in any further unlawful and unconstitutional actions to remove plaintiff and any other targeted citizens from future public meetings of the school board of "DISTRICT 227', including committee meetings, and District sponsored functions;

B.     Enjoining DEFENDANTS from engaging the police as a tool of repression to prevent plaintiff, and other targeted citizens, from attending the **October 21, 2009 public forum** to be held at Rich Central High School, Olympia Fields, Illinois, and to unlawfully harass, intimidate and otherwise prevent citizens from the free exercise of constitutionally protected rights;

C.     For such other and further relief this Court finds just and equitable.

## VERIFICATION

I, Komaa Mnyofu, certify under penalty of perjury as provided by law pursuant to 5/1-109 of the Illinois Code of Civil Procedure, that I/ have read the foregoing Verified Complaint For Emergency Injunction against HOWARD HUNIGAN, RICH TOWNSHIP HIGH SCHOOL DISTRICT 227, UNNAMED DEFENDANTS and the statements set forth therein are true and correct.


**Signature**     _____
                  Komaa Mnyofu, *pro se*

Dated: October 21, 2009

3

| | | | |
|---|---|---|---|
| COUNTY OF COOK | ) | | *Mnyofu* |
| | ) SS | | v |
| STATE OF ILLINOIS | ) | | *Hunigan, et.al* |

COUNTY OF COOK )
                ) SS        *Mnyofu*            Case No: 09-M6-003980
STATE OF ILLINOIS )                v
                                *Hunigan, et.al*

## AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT FOR INJUNCTION

I, Gail Burkes, being fully deposed under oath, states as follows:

1.     I am over the age of eighteen [18] and am a resident of the State of Illinois, County of Cook, Village of Matteson. I have personal knowledge of the facts herein and if called as a witness, could testify competently thereto.

2.     On October 1, 2009, I attended the public meeting of the Rich Township High School District 227 Board of Education held in the Media Center of Rich Central High School, located in Olympia Fields, County of Cook, State of Illinois;

3.     During the school board meeting, school board member Dr. David E. Morgan attempted to read several new policy proposals but was interrupted and told by school board president, Sonya Norwood, that he could not read the proposals and refused to allow Dr. Morgan to continue;

4.     Several members of the audience protested by shouting to Norwood to let Dr. Morgan continue; your Affiant was one of those audience members as well as Mr. Komaa Mnyofu.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Gail Burk_
Gail Burkes, AFFIANT

SUBSCRIBED AND SWORN to before me this

25   DAY of OCTOBER, 2009

_Tanya m. Farriols_
NOTARY PUBLIC

"OFFICIAL SEAL"
TANYA M. FARRIOLS
Notary Public, State of Illinois
My commission expires Sept. 07, 2011

COUNTY OF COOK   )
                   )   SS        *Mnyofu*         **Case No: 09-M6-003980**
STATE OF ILLINOIS )                  v
                                    *Hunigan, et.al*

## AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT FOR INJUNCTION

I, Nichele Smith, being fully deposed under oath, states as follows:

1.     I am over the age of eighteen [18] and am a resident of the State of Illinois, County of Cook, Village of Richton Park. I have personal knowledge of the facts herein and if called as a witness, could testify competently thereto.

2.     On October 1, 2009, I attended the public meeting of the Rich Township High School District 227 Board of Education held in the Media Center of Rich Central High School, located in Olympia Fields, County of Cook, State of Illinois;

3.     During the school board meeting, school board member Dr. David E. Morgan attempted to read several new policy proposals but was interrupted and told by school board president, Sonya Norwood, that he could not read the proposals and refused to allow Dr. Morgan to continue;

4.     Several members of the audience protested by shouting to Norwood to let Dr. Morgan continue; your Affiant was one of those audience members as well as Mr. Kornaa Mnyofu.

**FURTHER AFFIANT SAYETH NAUGHT.**
                                               _____
                                        Nichele Smith, AFFIANT

SUBSCRIBED AND SWORN to before me this
25 DAY of OCTOBER, 2009

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
TANYA M. FARRIOLS
Notary Public, State of Illinois
My commission expires Sept. 07, 2011

*Mnyofu v. Hunigan et. al.*

October 20, 2009                                                      Case No. 09-M6-003980

From:      Nichele P. Smith-Anderson, Parent of a Rich Central Student

To:        Board President Sonja Norwood, Superintendent Howard Hunigan,

Re:        Emmanuel A. Imoukhuede/ Board of Education Member

Dear Madam President,

My name is Nichele Smith and I am a highly concerned parent at Rich Central High School.  Please

accept this letter as a formal notification of a situation that merits your immediate attention.

On October 01, 2009, I attended a Board Meeting held at Rich Central High School. At the meeting, parents

expressed several concerns relating to the misappropriation of sport activity funds (cheerleading), student

testing performance data, as well as the selection process of the hiring of the next Superintendent under the

leadership of Betty Owens.

Upon the abrupt closing of the meeting by you (Sonja Norwood) the board president, I (Nichele Smith

Anderson) was approached by Emmanuel A. Imoukhuede.  He was seemingly upset over the allegations that

were made toward Betty Owens by one of the other parents. He stated that "Ms. Owens had not done

anything wrong" and those parents were wrong for making those types of allegations."

I simply told Mr.  Emmanuel A. Imoukhuede that I had nothing to do with the allegations that were made

toward Ms. Betty Owens. However, if there's any truth to what the parent is alleging, then I totally support him

in his fight for change.

After, I made this comment to Mr. Emmanuel A. Imoukhuede, he immediately became aggravated and

raised his hand up to my face and stated "You are right; I don't have to talk to you because **YOU ARE**

**BENEATH ME**". I was stunned by his comment, so I asked him (Emmanuel A. Imoukhuede) to repeat

1

Case: 1:09-cv-06807 Document #: 1-2 Filed: 10/28/09 Page 10 of 21 PageID #:13

himself and again he stated **"YOU ARE BENEATH ME"**.

I immediately responded to Mr. Emmanuel A. Imoukhuede that his comment was out of order and that he had no right to talk to me in this manner. I then stated to Mr. Emmanuel A. Imoukhuede that "I am a taxpayer, voter and an active parent within this district and his choice of words are inexcusable and unprofessional".

Ms. Norwood as a voter, taxpayer and parent of District 227, I am very offended that an elected Board member would use this choice of words considering his (Emmanuel A. Imoukhuede) current term expires in 2011. Apparently, as an elected board member he does value the position that was given to him by the community. For him to make the degrading statement that **"YOU ARE BENEATH ME"**, to a taxpayer, voter as well as a parent shows his level of unprofessionalism and unconcern for the people and students in this community.

I am a parent before I am taxpayer, and voter. I take my role as a parent very seriously, especially when it comes to teaching my children that "failure and mediocrity" is not an option. I believe that the school's website corresponds with my philosophy by "Raising the bar toward a future of excellence". I as a parent have raised the bar by furthering my education to receive my MBA, showing my children that education is the ticket to possessing an excellent future.

When Mr. Emmanuel A. Imoukhuede, stated those the degrading words **YOU ARE BENEATH ME"**, as a parent who tries hard to provide an excellent education for her children, I was insulted by his lack of respectability and compassion for the community. I voted for Mr. Emmanuel A. Imoukhuede thinking that he shared the same views and values that I share especially when it came to providing an excellent educational system, while vowing to hold administrative, parents and teachers accountable for their lack of

2

performance. I guess I was wrong in my decision making process.

In closing, I would like the Board to know that I am very dissatisfied with Mr. Emmanuel A.

Imoukhuede's overall conduct (referring to Board Policy Conduct # 2:080E #6). Considering that he took an

oath as an elected official to uphold the Constitution of The United States, The Constitution Of the State of

Illinois and the Laws of the State of Illinois.

Under School Board Policy 2.080E Title Board Member Policy code of conduct. All Board members

including Emmanuel A Imoukhuede agreed to abide by the following code of conduct:

2:080-E

## Exhibit - Board Member Code of Conduct

Each member of the Rich Township High School District 227 ascribes to the following code of conduct:

1. I shall represent all school district constituents honestly and equally and refuse to surrender my responsibilities to special interest or partisan political groups.

2. I shall avoid any conflict of interest or the appearance of impropriety which could result from my position, and shall not use my Board of Education membership for personal gain or publicity.

3. I shall recognize that a Board of Education member has no legal authority as an individual and that decisions can be made only by a majority vote at a Board of Education meeting.

4. I shall take no private action that might compromise the Board or administration and shall respect the confidentiality of privileged information.

5. I shall abide by majority decisions of the Board of Education, while retaining the right to seek changes in such decisions through ethical and constructive channels.

**6. I shall encourage and respect the free expression of opinion by my fellow Board of Education members and others who seek a hearing before the Board of Education.**

3

7. I shall be involved and knowledgeable about not only local educational concerns, but also about State and national issues.

Ms. Norwood, I believe that you would address this matter that I have brought to your attention.

Because this type of attitude is a serious matter, which affects our overall community as a whole. For a

board member to express this type of attitude toward me, only shows me that he is not suitable for re-

election in 2011.

If you would like to meet with me or if you need any additional information, please feel free to contact

me.

Respectfully yours,

Nichele Smith-Anderson (nichelesmith@sbcglobal.net) (708) 257-2009

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 25
DAY OF _October_____ 20 _09_
_09·07·11_  _Tanya M. Farriols_
EXPIRES      NOTARY PUBLIC

"OFFICIAL SEAL"
TANYA M. FARRIOLS
Notary Public, State of Illinois
My commission expires Sept. 07, 2011

4

COUNTY OF COOK   )
                 )    SS        *Mnyofu*                    **Case No: 09-M6-003980**
STATE OF ILLINOIS )                v
                              *Hunigan, et.al*

## AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT FOR INJUNCTION

I, Dr. David E. Morgan, being fully deposed under oath, states as follows:

1.      I am over the age of eighteen [18] and am a resident of the State of Illinois, County of Cook, Village of Olympia Fields. I am a member of the Rich Township High School District 227 Board of Education, 1st elected in April 2009. I have personal knowledge of the facts herein and if called as a witness, could testify competently thereto.

2.      On October 1, 2009, I attended the public meeting of the Rich Township High School District 227 Board of Education held in the Media Center of Rich Central High School, located in Olympia Fields, County of Cook, State of Illinois;

3.      During the school board meeting agenda for new business, your Affiant attempted to read several new policy proposals but was interrupted and told by school board president, Sonya Norwood, that your Affiant could not read the proposals and refused to allow your Affiant to continue;

4.      Several members of the audience protested by shouting to Norwood to let your Affiant continue; your Affiant believes one of those audience members was Mr. Komaa Mnyofu, and that he is being targeted by the Board of Education to prevent him from speaking on matters critical of the board and public policy matters.

**FURTHER AFFIANT SAYETH NAUGHT.**

Dr. David E. Morgan, AFFIANT

SUBSCRIBED AND SWORN to before me this
25 DAY of OCTOBER, 2009

NOTARY PUBLIC

"OFFICIAL SEAL"
TANYA M. FARRIOLS
Notary Public, State of Illinois
My commission expires Sept. 07, 2011

Mnyofu 09-M6-00389

Komaa Mnyofu
PO Box 731
Matteson, IL 60443
Phone: 708-253-7223

Mnyofu
V.
Hunigan, et al

| To: | Howard Hunigan, District 227 | From: | Komaa Mnyofu |
|-----|------------------------------|-------|--------------|
| Fax: | (708) 679-5733 | Date: | October 21, 2009 |
| Phone: | (708) 679-5800 | Pages: | [4 including fax cover] |
| Re: | Notice of Filing for Emergency Hearing | CC: | Casey Toner, Southtown News |

**X Urgent   X For Review   ☐ Please Comment   Please Reply**

---

•Comments: Mr. Hunigan:

Attached, please find my filing of complaint for Emergency Hearing at the Markham Court House in Markham, IL. I have not received a court room assignment as yet so cannot provide you with that information.

However, I am seeking an emergency hearing this morning and you are free to attend when such hearing occurs.

Case: 1:09-cv-06807 Document #: 1-2 Filed: 10/28/09 Page 15 of 21 PageID #:18
HP Photosmart C5300a All-in-One series

Fax Log for
MNYOFU
7084814690
Oct 21 2009 9:32AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| Oct 21 | 9:30AM | Fax Sent | 6795733 | 1:10 | 4 | OK |

Note:

Image on Fax Send Report is set to Off

An image of page 1 will appear here for faxes that are sent as Scan and Fax.

Mnyofu v. Hunigan et al.

Case No. 09-M6-003890

Case: 1:09-cv-06807 Document #: 1-2 Filed: 10/28/09 Page 16 of 21 PageID #:19

# RICH TOWNSHIP HIGH SCHOOL

### DISTRICT 227

CREATING A COMMUNITY OF LIFELONG LEARNERS

20000 GOVERNORS DRIVE, SUITE 200 • OLYMPIA FIELDS, ILLINOIS 60461
TELEPHONE 708-679-5800 • FAX 708-679-5733
www.rich227.org

October 21, 2009                    *Mnyofu v. Hunigan et. al.*              Case No. 09-M6-003980

Mr. Komaa Mnyofu
P.O. Box 731                                **"PLAINTIFF'S EXHIBIT A"**
Matteson, IL  60443

### Re: Notice of No Trespass

Dear Mr. Mnyofu:

I was recently witness to inappropriate behavior that you exhibited on October 1, 2009, at a meeting of the Board of Education. Specifically, you disrupted the meeting by shouting, speaking out of turn, and acting in a threatening manner that made several people fearful for their safety. As this is not the first time you have disrupted a Board meeting with inappropriate behavior, you have demonstrated that you are unwilling and/or unable to behave properly at a public Board meeting.

Following that incident, you again exhibited inappropriate behavior at the District offices on October 15, 2009. Your conduct was very upsetting to our receptionist, and your accusations that she lied to you were completely unfounded and disruptive. As a result, you will no longer be admitted to the District offices without seeking and receiving an appointment with me. If you arrive unannounced, you will not be admitted, you will be asked to leave immediately, and the authorities will be called if you fail to comply.

Furthermore, this letter is to notify you that you are not permitted on any portion District 227 property where a Board of Education meeting or a Board committee meeting is taking place, beginning one (1) hour before the start of the meeting and continuing until one (1) hour after the meeting is adjourned. This restriction shall remain in place until further written notice. This includes all portions of the property where the meeting is being held and includes, but is not limited to, the parking lot and any interior portion of the building where the meeting is being held.

From this time forward, should you wish to address the Board of Education, or any District 227 employee, you are to put your communication in writing and direct it to my attention. I will share your communication with the Board or the appropriate party or parties, as the case may be. If a response is warranted, it will come from my office and be sent to your attention.

CHICAGO HEIGHTS • COUNTRY CLUB HILLS • MATTESON • OLYMPIA FIELDS • PARK FOREST • RICHTON PARK • TINLEY PARK • UNIVERSITY PARK

EQUAL OPPORTUNITY EMPLOYER/EDUCATOR

**"PLAINTIFF'S EXHIBIT A"**                    *Mnyofu v. Hunigan et. al.*

Page 2

### Case No. 09-M6-003980

    Should you be found on District property in violation of this notice, we will consider this to be criminal trespassing, the police will be notified, and you will be subject to arrest and prosecution.

Sincerely,

Howard R. Hunigan,
Superintendent


copies:      Board of Education
               Olympia Fields Police Department
               Park Forest Police Department
               Richton Park Police Department


VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND U.S. MAIL

# SCARIANO, HIMES AND PETRARCA

ATTORNEYS AT LAW · CHARTERED

JOHN E. FESTER
Ext. 239
jfester@edlawyer.com

TWO PRUDENTIAL PLAZA, SUITE 3100
180 NORTH STETSON
CHICAGO, ILLINOIS 60601-6702
312-565-3100 · 800-820-3101
FACSIMILE 312-565-0000
WWW.EDLAWYER.COM

Via U.S. Mail

October 20, 2009

Mr. Komaa Mnyofu          "PLAINTIFF'S EXHIBIT B"          *Mnyofu v. Hunigan et. al.*
P.O. Box 731
Matteson, Illinois 60443

Re:    **Rich Township H.S. Dist. 227**          Case No. 09-M6-003980
       **Recent Allegations**

Dear Mr. Mnyofu:

Our firm serves as counsel to the Board of Education of Rich Township High School District No. 227. In that capacity, we have been asked to respond to a flier that has been left on the windshields of vehicles parked in the Rich Central parking lot. A copy of the flier is attached. The designation at the bottom of the flier contains your last name. Please contact the undersigned if you disclaim responsibility for this flier.

The content of this flier makes serious allegations of misconduct against District 227 administrators. If you have evidence that supports any of the allegations in the flier regarding Mr. Hunigan, Dr. McDonald or Mr. Hampton, please send it to my attention for investigation. Otherwise, you are hereby demanded to cease and desist from publishing such accusations. You are further advised that publication of false or defamatory statements regarding District 227 administrators or Board members will addressed through all available legal means.

Furthermore, if you have evidence that the Cook County State's Attorney's office is investigating any of the allegations set forth in the flier, please provide the name of the Assistant State's Attorney who is involved in this investigation so we may contact them directly.

I look forward to receiving the information I have requested above and any other evidence you have in support of your allegations. If you have an attorney, please forward this correspondence to that person with a request to contact me as soon as possible.

Very truly yours,

SCARIANO, HIMES AND PETRARCA, CHTD.

JOHN E. FESTER

JEF/emm
cc:    Board of Education
       Mr. Howard Hunigan
g:\wp51\common\sd2\sd227c\ltr\mnyofu.docx

"PLAINTIFF'S EXHIBIT B-1"

Case No. 09-M6-003980

*Mnyofu v. Hunigan et. al.*

# CITIZENS OF RICH TOWNSHIP HIGH SCHOOL DISTRICT 227 – A PLEA TO GET INVOLVED IN SCHOOL DISTRICT SPENDING OF YOUR MONEY—— WHY???

YOUR$$$$$YOUR$$$$$YOUR$$$$$YOUR$$$$$YOUR$$$$$YOUR$$$
$$$$YOUR$$$$$YOUR$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

## REPORTS THAT COOK COUNTY STATE'S ATTORNEY IS INVESTIGATING Allegations of a KICKBACK SCHEME/ABUSE OF OFFICE WHERE:

- District 227 Director of Fiscal Services, **Ilandus Hampton**, had his basement remodeled in exchange for vendor getting a contract with District 227;

- District 227 Director of Human Resources, **Selma McDonald**, used school custodian, Grace Galvez, to do house work at her home on school district time and funds;

- District 227 Superintendent, **Howard Hunigan**, used District 227 Building & Grounds employees to remove snow at his residence on school time and funds;

**ATTEND** THE NEXT PUBLIC SCHOOL BOARD MEETING ON OCTOBER 1ST @ 7:00PM, AT RICH CENTRAL HIGH SCHOOL [MEDIA CENTER]

**CALL** 708-679-5800, ASK SUPERINTENDENT HUNIGAN, FOR THE TRUTH ABOUT THESE ALLEGATIONS!!!

**OUR FAILURE TO ACT** MEANS WE DON'T CARE ABOUT OUR CHILDREN AND OUR MONEY——YES——OR——NO?

**STOP WASTE, ABUSE, CORRUPTION, MIS-EDUCATION OF OUR CHILDREN——NOW!!!!**

**"PLAINTIFF'S EXHIBIT C"** *Mnyofu v. Hunigan et. al.*



**SUN-TIMES**
**NEWS GROUP**

GO

# SOUTHTOWN STAR®

southtownstar.com Member of the Sun-Times News Group

**Case No. 09-M6-003980**

# Conflict between SD 227, activist boils over again

Comments
October 22, 2009
BY BOB RAKOW, Correspondent

An activist in Rich Township High School District 227 is seeking a court order that would prevent his banishment from district facilities and events.

Komaa Mnyofu's request was transferred Wednesday from Cook County Circuit Court to Chancery Court, where his case will be considered today.

Mnyofu decided to seek the injunction after he was removed by police from Tuesday's school board meeting at Rich Central High School.

Supt. Howard Hunigan ordered Mnyofu's removal, but Hunigan refused to discuss his decision after the meeting.

"There's some disturbance out there. I have no comment," Hunigan said.

Mnyofu spent much of the meeting in a hallway outside the school's media center where the meeting was held, but he was not involved in a disturbance, he said.

Several Olympia Fields police officers escorted Mnyofu from the school to the parking lot about 9:20 p.m. The meeting ended about 10 minutes later.

"They hate me for trying to expose their corruption," said Mnyofu, who distributed fliers critical of Assistant Supt. Donna Simpson Leak before Tuesday's meeting.

Mnyofu suspects he was removed from the meeting before the public participation segment, which occurs near the end of the meeting.

"They knew when I was going to speak; I was going to talk about the flier," he said.

School board member David Morgan said Hunigan had no right to order Mnyofu escorted from the school.

1

"What he has to say, they don't want to hear," Morgan said.

This is not the first time Mnyofu has fought the district in court.

The Country Club Hills resident settled a First Amendment lawsuit with the district in October 2008.

The undisclosed settlement ended a lengthy civil case stemming from a lawsuit Mnyofu filed alleging that district officials "used their offices in acts of retaliation" against him. He originally filed the case in December 2003 in U.S. District Court in Chicago.

The lawsuit cited a letter district officials sent him and the Olympia Fields police department stating that he would be arrested if he stepped foot on the Rich Central campus.

the SouthtownStar.